UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>J. DE LA TORRE, et al.,<br><br>　　　　　　Defendants.<br>_____ | Case No. CV 12-2904 PA (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: July 4, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE